UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
(SOUTH BEND)

| | |
|---|---|
| STEPHANIE YBARRA, | § |
| Plaintiff, | § § § |
| | § Case No. 3:24-cv-00065-DRL-MGG |
| v. | § |
| | § Judge: Damon R. Leichty |
| CREDENCE RESOURCE MANAGEMENT, LLC, | § § Mag. Judge Michael G. Gotsch, Sr. |
| | § |
| Defendant. | § |

## CREDENCE RESOURCE MANAGEMENT, LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Credence Resource Management, LLC ("Credence"), through undersigned counsel and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation."

2. Credence Resource Management, LLC does not have a parent corporation, and no publicly held corporation owns any interest in Credence Resource Management, LLC.

Dated: February 15, 2024                Respectfully submitted,

                                        */s/ Brian D. Roth*
                                        Brian D. Roth, Esq.

1

SESSIONS ISRAEL & SHARTLE, LLC  
3850 N. Causeway Blvd., Suite 200  
Metairie, Louisiana 70002  
Telephone: (504) 828-3700  
Facsimile: (504) 828-3737  
Email: broth@sessions.legal  
*Attorneys for Defendant*  
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian D. Roth*